CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAY 0 7 2009

JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

YOGI L. WASHINGTON,
    Petitioner,                              Civil Action No. 7:09-cv-00158

                                        **FINAL ORDER**

v.

TERRY O'BRIEN, WARDEN,           By: Hon. Glen E. Conrad
    Respondent.                            United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the above referenced petitioner for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** and the case is hereby stricken from the active docket.

ENTER: This 7th day of May, 2009.

                                        /s/ Glen Conrad
                                        United States District Judge